UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re:  
    CEDRIC DEMANS BELL

        Debtor(s)

Case No. 18-35480-H5-13

Chapter 13

## CHAPTER 13 STANDING TRUSTEES' FRBP 2012 REPORT
## ACCOUNTING OF PRIOR ADMINISTRATION OF CASE

William E. Heitkamp, former Chapter 13 Trustee for the period from the petition date through December 31, 2023, and Tiffany D. Castro, successor Chapter 13 Trustee for the above-captioned case, submit the following accounting of the estate pursuant to 11 U.S.C. §1302(b) and pursuant to Federal Rules of Bankruptcy Procedure 2012(b)(2).

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $20,458.24 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$20,458.24** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $6,026.50 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,217.93 |
| Other | $0.00 |
| Secured Creditors | $10,311.41 |
| Priority Creditors | $652.39 |
| General Unsecured Creditors | $1,010.45 |
| **Total Disbursements & Expense of Administration:** | **$19,218.68** |

| | |
|---|---:|
| **Balance Transferred to Successor Trustee** | **$1,239.56** |

Dated: 01/03/2024

/s/ William E. Heitkamp  
Former Chapter 13 Standing Trustee  
9821 Katy Freeway, Suite 590  
Houston, TX  77024

/s/ Tiffany D. Castro  
Successor Chapter 13 Standing Trustee  
9821 Katy Freeway, Suite 590  
Houston, TX  77024

****IMPORTANT ANNOUNCEMENT****

Attention: Interested Parties of Bankruptcy Cases Administered by William E. Heitkamp

Effective January 01, 2024, the United States Trustee has appointed Tiffany D. Castro as my successor as Standing Chapter 13 Trustee for this bankruptcy case. This change will not affect the administration of the Chapter 13 Plan.

It has been a pleasure serving as your Trustee, and I wish you the very best.

William E. Heitkamp, Standing Chapter 13 Trustee (Retired)